**Order entered December 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00426-CR

**JAVEON DEROID DALCOURZUBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-10957-J**

## ORDER

Before the Court is appellant's December 13, 2018 motion to recalculate briefing deadlines due to an incomplete reporter's record. We **GRANT** appellant's motion to the extent we extend the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
JUSTICE